# MINUTE ORDER

Page 2

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3          Date: 1/11/2022     Time: 1:30 p.m.

Defendant: **JOSEPH MINSAL**        J#: **17560-104**     Case #: **18-CR-20797-SMITH**
AUSA: **Lauren Astigarraga**                Attorney: **AFPD, D'Arsey Houlihan**
Violation: **SUPERVISED RELEASE VIOLATION**
                                           Surr/Arrest Date: 1/11/2022    YOB: 1985
Proceeding: **Initial Appearance**          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: **Detention**
Bond Set at:                                Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition:
Brady Order given. Defendant consents to appear via VTC. Defendant sworn and AFPD appointed. Government request Detention.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:       Judge:           Place:
Report RE Counsel:
**Detention Hearing:** 1/14/2022 at 10am (Miami Duty Court)
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. JG_01_01-11-2022.Zoom- 1:47pm          Time in Court: 6 mins.
                          s/Jonathan Goodman                        Magistrate Judge